**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LOALOA SHAMOUN,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>REPUBLIC OF IRAQ, *et al.*<br><br>　　　　　　　　　　Defendants. | Case No.: 19cv832-MMA (BLM)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR ORDER DIRECTING CLERK OF COURT TO SERVE DEFENDANTS BY MAIL**<br><br>[Doc. No. 4] |

　　Plaintiff Loaloa Shamoun ("Plaintiff") moves the Court for an order directing the Clerk of Court to serve Defendants Republic of Iraq, Embassy of the Republic of Iraq, and the Independent High Electoral Commission with the Summons, Complaint, Civil Cover Sheet, and Notice of Suit with a translated copy of the Summons, Complaint and Notice in the official language of Defendants by any form of mail that allows for tracking and return of a signature with proof of delivery to the following addresses:

**Republic of Iraq**
His Excellency Mr. Mohamed Ali Alhakim
Ministry of Foreign Affairs
Heafa Street – Alkarakh
Green Zone, Baghdad, Iraq

**Embassy of the Republic of Iraq**
3421 Massachusetts Avenue NW
Washington, D.C. 20007

**The Independent High Electoral Commission**
14th of July Street
Green Zone
Baghdad, Iraq

**The Independent High Electoral Commission**
PO Box 55074
Baghdad, Iraq

Doc. No. 4 at 1-2. Additionally, Plaintiff requests the Court issue a new summons in compliance with 28 U.S.C. § 1608(d) advising Defendants they have 60 days to respond to the suit. *Id.* at 2.

Federal Rule of Civil Procedure 4(j)(1) provides that "a foreign state or a political subdivision, agency, or instrumentality must be served in accordance with 28 U.S.C. § 1608." Fed. R. Civ. P. 4(j)(1). Section 1608(a)(3) provides that service in the courts of the United States shall be made upon a foreign state or political subdivision of a foreign state "by sending a copy of the summons and complaint and a notice of suit, together with a translation of each into the official language of the foreign state, by any form of mail requiring a signed receipt, to be addressed and dispatched by the clerk of the court to the head of the ministry of foreign affairs of the foreign state concerned." 28 U.S.C. § 1608(a)(3). Additionally, § 1608(d) provides that "a foreign state, a political subdivision thereof, or an agency or instrumentality of a foreign state shall serve an answer or other responsive pleading to the complaint within sixty days after service has been made under this section." 28 U.S.C. § 1608(d).

Upon due consideration, the Court **GRANTS** Plaintiff's motion. The Clerk of Court is directed to issue a new summons for the above referenced Defendants advising them they have 60 days to issue a response. The Clerk of Court is further directed to serve Defendants Republic of Iraq, Embassy of the Republic of Iraq, and the Independent

High Electoral Commission with the Summons, Complaint, Civil Cover Sheet, and Notice of Suit with a translated copy of the Summons, Complaint and Notice in the official language of Defendants by any form of trackable mail requiring a signed receipt and then file a proof of service reflecting the delivery with the proof of delivery attached thereto. Plaintiff is responsible for the cost of the postage and provision of translated copies of addresses and documents to be served.

**IT IS SO ORDERED**.

Dated: June 13, 2019

Hon. Michael M. Anello
United States District Judge