# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOALOA SHAMOUN,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>REPUBLIC OF IRAQ, EMBASSY OF THEREPUBLIC OF IRAQ, THE INDEPENDENT HIGH ELECTORAL COMMISSION, and SHEFAN KHOSHO,<br><br>　　　　　　　　　　Defendants. | Case No. 19-cv-832-MMA (BLM)<br><br>**ORDER DENYING AS MOOT GOVERNMENT DEFENDANTS' MOTION TO DISMISS AND VACATING HEARING DATE**<br><br>[Doc. No. 16] |

On May 3, 2019, Loaloa Shamoun, ("Plaintiff") filed a Complaint against the Republic of Iraq ("Republic"), the Embassy of the Republic of Iraq ("Embassy"), and the Independent High Electoral Commission ("Commission") (collectively, "Government Defendants")—as well as against Shefan Khosho ("Khosho"). Doc. No. 1.[1] On December 2, 2019, Government Defendants filed a motion to dismiss pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(2), and 12(b)(6). Doc. No. 16. On December 20, 2019, Plaintiff filed a First Amended Complaint ("FAC"). Doc. No. 17.

---

[1] All citations refer to the pagination assigned by the CM/ECF system.

1

Plaintiff has not previously amended her Complaint and has timely filed her FAC within twenty-one days after service of Government Defendants' Rule 12(b) motion. *See* Fed. R. Civ. P. 15(a)(1)(B). Accordingly, the complaint which Government Defendants seek to dismiss is no longer the operative pleading in this action, as an amended complaint supersedes the original complaint. *See Ramirez v. Cnty. of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015) (citing *Forsyth v. Humana, Inc.*, 114 F.3d 1467, 1474 (9th Cir. 1997), *overruled on other grounds by Lacey v. Maricopa Cnty.*, 693 F.3d 896, 927-28 (9th Cir. 2012)). As such, the Court **DENIES AS MOOT** Government Defendants' motion to dismiss and **VACATES** the motion hearing previously scheduled for January 13, 2020.

**IT IS SO ORDERED**.

DATE: December 30, 2019

_____
HON. MICHAEL M. ANELLO
United States District Judge