UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOALOA SHAMOUN,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>SHEFAN KHOSHO,<br><br>　　　　　　　　　　Defendant. | Case No.: 19CV832-MMA(BLM)<br><br>**ORDER CLARYFING MARCH 25, 2020 NOTICE AND ORDER FOR TELEPHONIC EARLY NEUTRAL EVALUATION CONFERENCE AND CASE MANAGEMENT CONFERENCE** |

On March 25, 2020, the Court issued a Notice and Order for Early Neutral Evaluation Conference and Case Management Conference. ECF No. 27. The first paragraph of the order stated, "that a <u>telephonic</u>, <u>attorneys-only</u> Early Neutral Evaluation of your case will be held on April 30, 2020." <u>Id.</u> at 1. The order then stated that "[c]ounsel and parties or client representatives with full settlement authority for each party must be immediately available by telephone for the duration of the ENE." <u>Id.</u> The Court recognizes the potentially confusing nature of this language and, therefore, issues this order to clarify that both counsel <u>and</u> parties or client representatives with full settlement authority are required to participate in the conferences. The conferences are <u>not</u> attorneys-only.

**IT IS SO ORDERED**.

Dated: 4/19/2020

*Barbara L. Major* (signature)
Hon. Barbara L. Major
United States Magistrate Judge

1

19CV832-MMA(BLM)