## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOALOA SHAMOUN,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>SHEFAN KHOSHO,<br><br>　　　　　　　　Defendant. | Case No. 19-cv-832-MMA (BLM)<br><br>**ORDER GRANTING PARTIES' JOINT MOTION TO DISMISS**<br><br>[Doc. No. 34] |

　　　The parties filed a joint motion to dismiss the action with prejudice. *See* Doc. No. 34.  Good cause appearing, the Court **GRANTS** the parties' joint motion and **DISMISSES** this action **with prejudice**.  The Court **DIRECTS** the Clerk of Court to terminate this action in its entirety.

　　　**IT IS SO ORDERED**.

Dated: June 30, 2020

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HON. MICHAEL M. ANELLO
　　　　　　　　　　　　　　　　　　　United States District Judge